# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHIKAKO K. CUTLIP,<br><br>    Appellant,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUSTEE COMPANY,<br><br>    Appellee. | Case No. 15-cv-00271-BLF<br><br>**ORDER GRANTING APPELLANT'S MOTION TO DISMISS APPEAL**<br><br>[RE: ECF 3] |

Appellant Chikako K. Cutlip's Notice of Appeal was docketed in this Court on January 20, 2015. *See* Notice of Appeal, ECF 1. She failed timely to perfect the record or to file an opening brief, and on March 31, 2015 she filed a motion seeking leave to voluntarily dismiss her appeal. *See* Motion to Dismiss, ECF 3.

Appellant's motion is GRANTED, and this appeal is DISMISSED.

**IT IS SO ORDERED.**

Dated: March 31, 2015

_____
BETH LABSON FREEMAN
United States District Judge